# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANTEL MCCOY,<br>　　　Plaintiff(s),<br>v.<br>CLARK COUNTY,<br>　　　Defendant(s). | Case No.: 2:20-cv-01331-KJD-NJK<br><br>**ORDER** |

On October 2, 2020, the parties filed a joint proposed discovery plan, wherein the parties stated that they "have filed a joint request for ENE with the Court." Docket No. 9 at 3. However, no notice has been filed. *See* Docket. Nonetheless, the Court construes the parties' statement as a notice. *See* Local Rule 16-6(b). Having reviewed the parties' complaint, the Court finds that the instant action is properly referred to the Early Neutral Evaluation Program. *See* Docket No. 1-1; Local Rule 16-6(a).

Accordingly, the Court **INSTRUCTS** the Clerk of the Court to refer this action to the Early Neutral Evaluation Program for random assignment to an evaluating magistrate judge.

IT IS SO ORDERED.

Dated: October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1