ROBERT W. FREEMAN
Nevada Bar No. 3062
TARA U. TEEGARDEN
Nevada Bar No. 15344
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Tara.Teegarden@lewisbrisbois.com
*Attorneys for Clark County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHANTEL MCCOY, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>  Defendants. | CASE NO.:  2:20-cv-1331-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**FIRST REQUEST** |

Plaintiff Shantel McCoy filed suit on June 4, 2020 (ECF No. 1-1).  On October 9, 2020, the Court set this Family and Medical Leave violations suit for an Early Neutral Evaluation Session ("ENE") (ECF No. 19).  The date for the ENE is currently set for November 5, 2020.  The ENE is scheduled to take place via Zoom videoconference. Id.

Counsel for Defendant's Robert Freeman has a scheduling conflict with the November 5, 2020 date that will prevent him from being able to attend the ENE session scheduled in this case.

THEREFORE, the parties, by and through their respective counsel of record, hereby STIPULATE AND AGREE to continue the ENE to **December 18, 2020 at 9:00 a.m.**  The ENE will take place via Zoom videoconference.

On **December 11, 2020, by 4:00 p.m.** the parties and counsel must electronically send –

4815-4923-1568.1

1. along with their confidential evaluation statement – their preferred email address for the Zoom
2. invitation to judicial clerk David Chavez at david_chavez@nvd.uscourts.gov.
3. **Do not deliver or mail the written evaluations to the clerk's office and do not serve a**
4. **copy on opposing counsel.**
5. **Pre-ENE Telephone Conference.**
6. A pre-ENE telephone conference is set for **December 17, 2020 at 3:00 p.m.** The
7. telephonic conference is for Judge Weksler and counsel only. Counsel must call 877-810-9415,
8. access code 2365998, five minutes before the teleconference.
9. All else stated in the Order (ECF No. 19) setting the ENE remains unchanged.
10. Counsels' request that the ENE be continued is made in good faith and not for purposes of
11. delay.

DATED this 29th day of October, 2020.    DATED this 29th day of October, 2020.

RICHARD HARRIS LAW FIRM             LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Burke Huber                              By: /s/ Robert W. Freeman
BURKE HUBER                                    ROBERT W. FREEMAN
Nevada Bar No. 10902                           Nevada Bar No. 003062
801 South Fourth Street                        TARA U. TEEGARDEN
Las Vegas, NV 89101                            Nevada Bar No. 15344
*Attorneys for Plaintiff*                      6385 S. Rainbow Boulevard, Suite 600
                                               Las Vegas, Nevada 89118
                                               *Attorneys for Defendant Clark County*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/3/2020



4815-4923-1568.1