# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANTEL MCCOY, | Case No.: 2:20-cv-01331-KJD-NJK |
| Plaintiff, | **Order** |
| v. | |
| CLARK COUNTY, | |
| Defendant. | |

On July 16, 2021, The Court ordered Plaintiff to file a notice of appearance of counsel or a notice of intent to appear *pro se* no later than August 16, 2021.  Docket No. 37.  As of the date of this order, no notice of appearance on behalf of Plaintiff has been filed, nor has any extension of the deadline been sought.  *See* Docket.  The Court will grant Plaintiff one final opportunity to comply with its order.

Plaintiff is hereby **ORDERED** to file either a notice of appearance of counsel or a notice that she intends to proceed *pro se*, no later than September 24, 2021. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: August 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1