UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANTEL McCOY, an individual,<br><br>                                    Plaintiff,<br><br>    v.<br><br>CLARK COUNTY, a political subdivision; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>                                  Defendants. | Case No. 2:20-cv-01331-KJD-NJK<br><br>**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Before the Court for consideration is the Report and Recommendation (ECF #46) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered May 23, 2022, recommending that Plaintiff's action be dismissed. Plaintiff did not object. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations containing the findings and recommendations of Magistrate Judge Koppe, entered May 23, 2022, should be **ADOPTED** and **AFFIRMED**.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #46) is **ADOPTED** and **AFFIRMED** and Plaintiff's case is dismissed with prejudice.

Dated this 14th day of July, 2022.

                                                                   _____
                                                                   Kent J. Dawson
                                                                   United States District Judge